



# MEMORANDUM OPINION

No. 04-12-00416-CV

Blanca **TOLEDO**, Individually and as Next Friend of A.M.W., a Minor,
and Juan Antonio Perez
Appellants

v.

**HACIENDA APARTMENTS, L.L.C.**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-01486
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  August 22, 2012

DISMISSED

Appellants filed an unopposed motion to dismiss this appeal.  We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellants.  *See* TEX. R. APP. P. 42.1(d).

PER CURIAM